■ NORMAN J. CARNEY, Appellant, v PAVILION DRAINAGE SUPPLY CO., INC., Respondent. [982 NYS2d 423]—Appeal from an order of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), entered April 26, 2013. The order, insofar as appealed

from, granted in part the motion of defendant for summary judgment and denied the cross motion of plaintiff to compel discovery.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Peradotto, Carni, Valentino and Whalen, JJ.